United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STYPMANN, | No. C 06-04476 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| CITY AND COUNTY OF SAN FRANCISCO, CHIEF HEATHER FONG, OFFICER #4009, OFFICER #127, SGT. O.J. BUENO, AND DOES 1–10, | |
| Defendants. | |

This matter was initiated in this Court when it was removed from San Francisco Superior Court on July 21, 2006. Defendants then filed a motion to dismiss on July 28. Plaintiff timely filed an opposition on August 28. Defendants' motion to dismiss was granted on September 14, but plaintiff was granted leave to amend his complaint. Plaintiff timely filed an amended complaint on September 29. A case management conference was held on October 19, which plaintiff attended. On November 2, defendants filed a motion to dismiss and a motion for summary judgment. Plaintiff's opposition to those motions was due November 22, 2006. To date, he has not filed any opposition.

The Court orders plaintiff to show cause why defendants' motion to dismiss and motion for summary judgment should not be granted for failure to oppose.

Plaintiff shall appear at the hearing currently scheduled for **DECEMBER 14, 2006**, at **8:00 AM**, and show good cause for his failure to oppose defendants' motions. If plaintiff fails to appear, the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 7, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE